JOSEPH SALAMA, State Bar No. 212225
LAW OFFICES OF JOSEPH SALAMA
165 N. Redwood Drive, Suite 285
San Rafael, CA 94903
Telephone: (415) 948-9030
Facsimile: (415) 479-1340

Attorneys for Petitioners
WINNEMUCCA SHOSHONI, MBS; AMERICAN STATES UNIVERSITY;
CANNABIS SCIENCE, INC.; FREE SPIRIT ORGANICS; and HRM FARMS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNEMUCCA SHOSHONI, MBS; AMERICAN STATES UNIVERSITY; CANNABIS SCIENCE, INC.; FREE SPIRIT ORGANICS; and HRM FARMS;<br><br>Plaintiffs,<br><br>v.<br><br>SAN JOAQUIN COUNTY BOARD OF SUPERVISORS; SAN JOAQUIN COUNTY COUNSEL; ERIN HIROKO SAKATA; MIGUEL VILLAPUDUA; KATHERINE MILLER; TOM PATTI; BOB ELLIOTT; CHUCK WINN; SAN JOAQUIN COUNTY DISTRICT ATTORNEY; SAN JOAQUIN COUNTY SHERIFF; DRUG ENFORCEMENT ADMINISTRATION; DOES 1-50, INCLUSIVE,<br><br>Defendants | Case No. 2:17-CV-02271-KJM-EFB<br><br>MOTION FOR PRELIMINARY INJUNCTION |

Plaintiffs Winnemucca Shoshoni, MBS; American States University; Cannabis Science, Inc.; Free Spirit Organics; and HRM Farms do hereby move this Honorable Court for a preliminary inunction seeking:

(1) Return of their industrial hemp;

(2) That the County be enjoined from enforcing Ordinance 4479 or in any other manner interfering with plaintiffs' industrial hemp grows or otherwise specifically enacting new laws to criminalize them or their actions;

(3) That any pending criminal charges against them be stayed pending final resolution of this case.

This Motion is based on the Memorandum and the Declarations of William Bills, Roger Agajanian, Glenn Burgin, George Bianchini, Justin Granados, Patty Moreno, and Joseph Salama filed herewith.

STANDARD FOR RELIEF

In order to obtain a preliminary injunction a party must show: (a) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition; and (b)  the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required. F.R.C.P. 65 (b); L.R. 231.

Plaintiffs have already submitted a First Amended Complaint and is submitting declarations from six witnesses and counsel herewith.  For the reasons stated in plaintiffs' Memorandum, plaintiffs respectfully request this Honorable Court issue a preliminary injunction as described above.

                                            Respectfully submitted,
                                            LAW OFFICES OF JOSEPH SALAMA

                                             /s/
November 15, 2017              By: _____
                                            Joseph Salama, Esq.
                                            Attorneys for Plaintiffs
                                            Winnemucca Shoshoni, MBS; American
                                            States University; Cannabis Science, Inc.;
                                            Free Spirit Organics; and HRM Farms