JOSEPH SALAMA, State Bar No. 212225
LAW OFFICES OF JOSEPH SALAMA
165 N. Redwood Drive, Suite 285
San Rafael, CA 94903
Telephone: (415) 948-9030
Facsimile: (415) 479-1340

Attorneys for Petitioners
WINNEMUCCA SHOSHONI, MBS; AMERICAN STATES UNIVERSITY;
CANNABIS SCIENCE, INC.; FREE SPIRIT ORGANICS; and HRM FARMS

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINNEMUCCA SHOSHONI, MBS; AMERICAN STATES UNIVERSITY; CANNABIS SCIENCE, INC.; FREE SPIRIT ORGANICS; and HRM FARMS;<br><br>Plaintiffs,<br><br>v.<br><br>SAN JOAQUIN COUNTY BOARD OF SUPERVISORS; SAN JOAQUIN COUNTY COUNSEL; ERIN HIROKO SAKATA; MIGUEL VILLAPUDUA; KATHERINE MILLER; TOM PATTI; BOB ELLIOTT; CHUCK WINN; SAN JOAQUIN COUNTY DISTRICT ATTORNEY; SAN JOAQUIN COUNTY SHERIFF; DRUG ENFORCEMENT ADMINISTRATION; DOES 1-50, INCLUSIVE,<br><br>Defendants | Case No. 2:17-CV-02271-KJM-EFB<br><br>DECLARATION OF JOSEPH SALAMA IN SUPPORT OF PRELIMINARY INJUNCTION |

1. My name is Joseph Salama, and I am counsel for plaintiffs, duly admitted to practice law before all courts in the glorious State of California. I have personal knowledge of the facts below, and if called to testify as to their truth and accuracy, I will do so.

2. Attached hereto are true and correct copies of ten proofs of service of the First Amended Complaint and Summons on each of the ten San Joaquin County defendants using the process servers Run With It.

3. Attached hereto are true and correct copies of the registered/certified mail reports for the three copies of the Summons and Complaint which were served in accordance with FRCP 4.

4. I have been in telephone contact with counsel for the San Joaquin County defendants, Ronald J. Scholar, with respect to this case and I have informed him of our intention to move this Honorable Court for a preliminary injunction and programmed a script so that any and all notices in this case will forward to him automatically at his email address rscholar@cotalawfirm.com. Once file-endorsed, I will email him copies of all the moving papers.

5. I have been in telephone contact with U.S. Attorney Gregory Broderick at the Department of Justice, Sacramento office with respect to this case and I have informed him of our intention to move this Honorable Court for a preliminary injunction and programmed a script so that any and all notices in this case will forward to him automatically at his email address Gregory.Broderick@usdoj.gov. Once file-endorsed, I will email him copies of all the moving papers.

6. Mr. Broderick is in the process of obtaining a declaration attesting to the fact that the federal Drug Enforcement Agency was not involved in this case, whereupon this office shall dismiss them.

7. Upon issuance of the Scheduling Order, I will promptly email counsel above with that Order, and confirm whether they require physical copies of the moving papers and

1 scheduling orders.  If so, I shall send them via overnight service.  If Mr. Broderick has delivered
2 the aforementioned declaration prior to this time, I shall not send him physical copies.
3    I hereby declare under the laws of the United States of America that the foregoing facts
4 are true and correct and that this declaration was executed on November 16, 2017 in San Rafael,
5 California.

/s/
_____
Joseph Salama, Esq.

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| JOSEPH SALAMA ESQ, Bar #212225<br>Law Offices Of: JOSEPH SALAMA<br>165 N. REDWOOD DRIVE, SUITE 285<br>San Rafael, CA 94903<br>Telephone No: 415-948-9030  FAX No: 415-479-1340 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Eastern District Of California

Plaintiff: WINNEMUCCA SHOSHONI, MBS, ET AL
Defendant: SAN JOAQUIN COUNTY BOARD OF SUPERVISORS, ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-02271-KJM-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; ; FIRST AMENDED COMPLAINT.

3. a. Party served:  SAN JOAQUIN COUNTY SHERIFF
   b. Person served: LT MICHAEL TIBON, AUTHORIZED TO ACCEPT

4. Address where the party was served: 7000 MICHAEL CANIS BLVD
   STOCKTON, CA

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Nov. 08, 2017 (2) at: 10:30AM

7. Person Who Served Papers:  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. RICHARD BARKER II
   b. RUN WITH IT
   P.O. BOX 691237
   STOCKTON, CA 95269
   c. (209) 565-1180, FAX (866) 679-6720

   d. **The Fee for Service was:** $90.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 517
      (iii) County: San Joaquin

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Nov. 08, 2017

(RICHARD BARKER II)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

salama.75317

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JOSEPH SALAMA ESQ, Bar #212225<br>Law Offices Of: JOSEPH SALAMA<br>165 N. REDWOOD DRIVE, SUITE 285<br>San Rafael, CA 94903<br>*Telephone No:* 415-948-9030   *FAX No:* 415-479-1340 | *For Court Use Only* |

*Ref. No. or File No.:*

*Attorney for:* Plaintiff

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Eastern District Of California

*Plaintiff:* WINNEMUCCA SHOSHONI, MBS, ET AL
*Defendant:* SAN JOAQUIN COUNTY BOARD OF SUPERVISORS, ET AL

| **PROOF OF SERVICE**<br>**SUMMONS IN A CIVIL CASE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:17-CV-02271-KJM-EFB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE FIRST AMENDED COMPLAINT

3. a. Party served: CHUCK WINN

4. Address where the party was served: 44 SAN JOAQUIN ST, STOCKTON, CA

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 07, 2017 (2) at: 5:20PM

7. Person Who Served Papers:
   a. FREDERICK J STADLER
   b. **RUN WITH IT**
      P.O. BOX 691237
      STOCKTON, CA 95269
   c. (209) 565-1180, FAX (866) 679-6720

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $90.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 421
      (iii) County: San Joaquin
      (iv) Expiration Date: Tue, Nov. 12, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Nov. 08, 2017

   (FREDERICK J STADLER)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

salama.75316

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| JOSEPH SALAMA ESQ, Bar #212225<br>Law Offices Of: JOSEPH SALAMA<br>165 N. REDWOOD DRIVE, SUITE 285<br>San Rafael, CA 94903<br>Telephone No: 415-948-9030   FAX No: 415-479-1340<br>Ref. No. or File No.:<br>Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Eastern District Of California

Plaintiff: WINNEMUCCA SHOSHONI, MBS, ET AL
Defendant: SAN JOAQUIN COUNTY BOARD OF SUPERVISORS, ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-02271-KJM-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE FIRST AMENDED COMPLAINT

3. a. Party served: MIGUEL VILLAPUDUA

4. Address where the party was served: 44 SAN JOAQUIN ST, STOCKTON, CA

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 07, 2017 (2) at: 5:20PM

7. Person Who Served Papers:   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. FREDERICK J STADLER
   b. **RUN WITH IT**
   P.O. BOX 691237
   STOCKTON, CA 95269
   c. (209) 565-1180, FAX (866) 679-6720

   d. *The Fee for Service was:* $252.50
   e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 421
   (iii) County: San Joaquin
   (iv) Expiration Date: Tue, Nov. 12, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Nov. 08, 2017

(FREDERICK J STADLER)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

salama.75315

| Attorney or Party without Attorney: JOSEPH SALAMA ESQ, Bar #212225<br>Law Offices Of: JOSEPH SALAMA<br>165 N. REDWOOD DRIVE, SUITE 285<br>San Rafael, CA 94903<br>Telephone No: 415-948-9030   FAX No: 415-479-1340 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Eastern District Of California

Plaintiff: WINNEMUCCA SHOSHONI, MBS, ET AL
Defendant: SAN JOAQUIN COUNTY BOARD OF SUPERVISORS, ET AL

| PROOF OF SERVICE SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number: 2:17-CV-02271-KJM-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT

3. a. Party served:    BOB ELLIOTT

4. Address where the party was served:    44 SAN JOAQUIN ST
   STOCKTON, CA

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 07, 2017 (2) at: 5:20PM

7. Person Who Served Papers:    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. FREDERICK J STADLER
   b. **RUN WITH IT**
   P.O. BOX 691237
   STOCKTON, CA 95269
   c. (209) 565-1180, FAX (866) 679-6720

   d. The Fee for Service was:    $90.00
   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  Registration No.:    421
      (iii) County:              San Joaquin
      (iv)  Expiration Date:     Tue, Nov. 12, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Nov. 08, 2017

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

(FREDERICK J STADLER)

salama.75308

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>JOSEPH SALAMA ESQ, Bar #212225<br>Law Offices Of: JOSEPH SALAMA<br>165 N. REDWOOD DRIVE, SUITE 285<br>San Rafael, CA 94903<br>*Telephone No:* 415-948-9030    *FAX No:* 415-479-1340 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No. or File No.:* |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court For The Eastern District Of California

*Plaintiff:* WINNEMUCCA SHOSHONI, MBS, ET AL
*Defendant:* SAN JOAQUIN COUNTY BOARD OF SUPERVISORS, ET AL

| **PROOF OF SERVICE SUMMONS** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>2:17-CV-02271-KJM-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS FIRST AMENDED COMPLAINT

3. a. Party served:                    TOM PATTI

4. Address where the party was served:   44 SAN JOAQUIN ST
                                         STOCKTON, CA

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 07, 2017 (2) at: 3:10PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. *Person Who Served Papers:*                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. FREDERICK J STADLER                      d. *The Fee for Service was:*  $90.00
   b. RUN WITH IT                              e. I am: (3) registered California process server
      P.O. BOX 691237                              (i)   Independent Contractor
      STOCKTON, CA 95269                           (ii)  Registration No.:    421
   c. (209) 565-1180, FAX (866) 679-6720           (iii) County:              San Joaquin
                                                   (iv)  Expiration Date:     Tue, Nov. 12, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Nov. 08, 2017

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>SUMMONS | (FREDERICK J STADLER)  *salama.75310* |
|---|---|---|

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JOSEPH SALAMA ESQ, Bar #212225<br>Law Offices Of: JOSEPH SALAMA<br>165 N. REDWOOD DRIVE, SUITE 285<br>San Rafael, CA 94903<br>Telephone No: 415-948-9030    FAX No: 415-479-1340 | | |
| Ref. No. or File No.: | | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Eastern District Of California

Plaintiff: WINNEMUCCA SHOSHONI, MBS, ET AL
Defendant: SAN JOAQUIN COUNTY BOARD OF SUPERVISORS, ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-02271-KJM-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; ; FIRST AMENDED COMPLAINT.

3. a. Party served:                    KATHERINE MILLER

4. Address where the party was served: 44 SAN JOAQUIN ST
                                       STOCKTON, CA 95202

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 07, 2017 (2) at: 5:20PM

7. *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. FREDERICK J STADLER                    d. *The Fee* for Service was:    $90.00
   b. **RUN WITH IT**                        e. I am: (3) registered California process server
      P.O. BOX 691237                              (i) Independent Contractor
      STOCKTON, CA 95269                           (ii) Registration No.:    421
   c. (209) 565-1180, FAX (866) 679-6720          (iii) County:              San Joaquin
                                                   (iv) Expiration Date:     Tue, Nov. 12, 2019

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

   Date: Wed, Nov. 08, 2017

                                                                              (FREDERICK J STADLER)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                                   salama.75309

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JOSEPH SALAMA ESQ, Bar #212225<br>Law Offices Of: JOSEPH SALAMA<br>165 N. REDWOOD DRIVE, SUITE 285<br>San Rafael, CA 94903<br>Telephone No: 415-948-9030  FAX No: 415-479-1340 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Eastern District Of California

Plaintiff: WINNEMUCCA SHOSHONI, MBS, ET AL
Defendant: SAN JOAQUIN COUNTY BOARD OF SUPERVISORS, ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-02271-KJM-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; ; FIRST AMENDED COMPLAINT.

3. a. Party served:      SAN JOAQUIN COUNTY BOARD OF SUPERVISORS
   b. Person served:     DANIELLE BSHEARS, AUTHORIZED TO ACCEPT/SENIOR OFFICE ASSISTANT

4. Address where the party was served:     44 SAN JOAQUIN ST., 6TH FL
                                            STOCKTON, CA 95202

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 07, 2017 (2) at: 3:10PM

7. *Person Who Served Papers:*                                Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. FREDERICK J STADLER                         d. *The Fee* for Service was:    $90.00
   b. RUN WITH IT                                 e. I am: (3) registered California process server
      P.O. BOX 691237                                (i)   Independent Contractor
      STOCKTON, CA 95269                             (ii)  Registration No.:    421
   c. (209) 565-1180, FAX (866) 679-6720             (iii) County:              San Joaquin
                                                     (iv)  Expiration Date:     Tue, Nov. 12, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Wed, Nov. 08, 2017

                                                                              (FREDERICK J STADLER)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                                    salama.75312

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JOSEPH SALAMA ESQ, Bar #212225<br>Law Offices Of: JOSEPH SALAMA<br>165 N. REDWOOD DRIVE, SUITE 285<br>San Rafael, CA 94903<br>Telephone No: 415-948-9030   FAX No: 415-479-1340 | | |
| Attorney for: Plaintiff | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Eastern District Of California

Plaintiff: WINNEMUCCA SHOSHONI, MBS, ET AL
Defendant: SAN JOAQUIN COUNTY BOARD OF SUPERVISORS, ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-02271-KJM-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE; ; FIRST AMENDED COMPLAINT

3. a. Party served:         SAN JOAQUIN COUNTY COUNSEL
   b. Person served:        KRISTEN HEGGE, CHIEF DEPUTY

4. Address where the party was served:    44 SAN JOAQUIN ST
                                          STOCKTON, CA 95202

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 07, 2017 (2) at: 4:19PM

7. *Person Who Served Papers:*                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOHAN SHACKELFORD                    d. *The Fee for Service was:*    $90.00
   b. **RUN WITH IT**                      e. I am: (3) registered California process server
      P.O. BOX 691237                         (i) Employee
      STOCKTON, CA 95269                      (ii) Registration No.:    PS 408
   c. (209) 565-1180, FAX (866) 679-6720      (iii) County:             San Joaquin
                                              (iv) Expiration Date:     Wed, Aug. 28, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Nov. 08, 2017

                                                                              (JOHAN SHACKELFORD)

Judicial Council Form                    PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS IN A CIVIL CASE                          salama.75313

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JOSEPH SALAMA ESQ, Bar #212225<br>Law Offices Of: JOSEPH SALAMA<br>165 N. REDWOOD DRIVE, SUITE 285<br>San Rafael, CA 94903<br>Telephone No: 415-948-9030   FAX No: 415-479-1340 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court For The Eastern District Of California

Plaintiff: WINNEMUCCA SHOSHONI, MBS, ET AL
Defendant: SAN JOAQUIN COUNTY BOARD OF SUPERVISORS, ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-02271-KJM-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE FIRST AMENDED COMPLAINT

3. a. Party served:           ERIN HIROKO SAKATA
   b. Person served:          KRISTEN HEGGE, CHIEF DEPUTY/AUTHORIZED TO ACCEPT

4. Address where the party was served:   44 SAN JOAQUIN ST., 6TH FL
                                          STOCKTON, CA  95202

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 07, 2017 (2) at: 4:19PM

7. *Person Who Served Papers:*                                  Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. JOHAN SHACKELFORD                              d. *The Fee for Service was:*  $90.00
   b. RUN WITH IT                                     e. I am: (3) registered California process server
      P.O. BOX 691237                                    (i)  Employee
      STOCKTON, CA 95269                                 (ii) Registration No.:     PS 408
   c. (209) 565-1180, FAX (866) 679-6720                 (iii) County:              San Joaquin
                                                         (iv) Expiration Date:      Wed, Aug. 28, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Nov. 08, 2017

(JOHAN SHACKELFORD)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

salama.75311

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| JOSEPH SALAMA ESQ, Bar #212225<br>Law Offices Of: JOSEPH SALAMA<br>165 N. REDWOOD DRIVE, SUITE 285<br>San Rafael, CA 94903<br>Telephone No: 415-948-9030  FAX No: 415-479-1340 | | |
| | Ref. No. or File No.: | |
| Attorney for: Plaintiff | | |

Insert name of Court, and Judicial District and Branch Court:

United States District Court For The Eastern District Of California

Plaintiff: WINNEMUCCA SHOSHONI, MBS, ET AL
Defendant: SAN JOAQUIN COUNTY BOARD OF SUPERVISORS, ET AL

| PROOF OF SERVICE<br>SUMMONS IN A CIVIL CASE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>2:17-CV-02271-KJM-EFB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL CASE FIRST AMENDED COMPLAINT

3. a. Party served:  SAN JOAQUIN COUNTY DISTRICT ATTORNEY
   b. Person served: SCOTT FICHTNER, ASSISTANT DISTRICT ATTORNEY

4. Address where the party was served:  222 E WEBER AVE
   STOCKTON, CA 95202

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Nov. 07, 2017 (2) at: 4:39PM

7. *Person Who Served Papers:*
   a. JOHAN SHACKELFORD
   b. **RUN WITH IT**
   P.O. BOX 691237
   STOCKTON, CA 95269
   c. (209) 565-1180, FAX (866) 679-6720

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $90.00
   e. I am: (3) registered California process server
       (i) Employee
       (ii) Registration No.: PS 408
       (iii) County: San Joaquin
       (iv) Expiration Date: Wed, Aug. 28, 2019

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Nov. 08, 2017

(JOHAN SHACKELFORD)

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE
SUMMONS IN A CIVIL CASE

salama.75314

| | |
|---|---|
| Date: | 11/13/2017 4:50:10 PM |
| From: | LAW OFFICES OF JOE SALAMA |
| Shipped to: | US ATTORNEY OFFICE |
| | CIVIL CLERK SERVICE OF PROCESS |
| | 1300 I ST |
| | SACRAMENTO, CA, 95814-2919 |
| Tracking #: | 9402710200828570326732 |
| Expected Arrival: | Not Applicable |
| Date: | 11/13/2017 4:50:10 PM |
| From: | LAW OFFICES OF JOE SALAMA |
| Shipped to: | FOR ADMIN US DOJ MNGMT DIVISION |
| | ASSIST. ATTONEY GENERAL |
| | 950 PENNSYLVANIA AVE NW STE 111 |
| | WASHINGTON, DC, 20530-0001 |
| Tracking #: | 9402710200881570245137 |

**Package Information**

| | |
|---|---|
| Date: | 11/13/2017 4:50:10 PM |
| From: | LAW OFFICES OF JOE SALAMA |
| Shipped to: | US ATTORNEY GENERAL |
| | |
| | US ATTORNEY GENERAL |
| | WASHINGTON, DC, 20530-0001 |
| Tracking #: | 9402710200830746332362 |
| Expected Arrival: | Not Applicable |



# USPS Tracking®

FAQs >

## Track Another Package +

**Tracking Number:**
9402710200830746332362

Remove ✕

**On Time**

**Expected Delivery on**

**WEDNESDAY**
**15** NOVEMBER 2017 ⓘ

by
**8:00pm** ⓘ

## Available for Pickup

November 15, 2017 at 11:10 am
AVAILABLE FOR PICKUP
WASHINGTON, DC 20530

Get Updates ∨

# Quick Tools

## USPS Tracking®

FAQs >

### Track Another Package +

**Tracking Number:**
9402710200828570326732

Remove ✕

The delivery status for this item has not been updated as of November 15, 2017, 10:22 pm.

## Alert

November 15, 2017 at 10:22 pm
DELIVERY STATUS NOT UPDATED

Get Updates ∨

### Text & Email Updates