**Exhibit A**



| Dennis M. Cota | Karen A. Feld | Elizabeth M. Perez |
| Derek P. Cole | Sean D. De Burgh | Anita Bamshad |
| Scott E. Huber | Ronald J. Scholar | Sunny H. Huynh |
| Daniel S. Roberts | David G. Ritchie | Kareem Aref |
| Carolyn J. Frank | Matthew S. Kane | |
| Elizabeth L. Martyn | Samantha L. Chen | |

**Ronald Scholar**
rscholar@cotalawfirm.com

REPLY TO:
☒ ROSEVILLE    ☐ MONTEREY
☐ ONTARIO

February 16, 2018

VIA EMAIL AND U.S. MAIL

Joseph Salama, Esq.
Law Offices of Joseph Salama
165 N. Redwood Drive, Suite 285
San Rafael, CA 94903
Email: Joe@salama.com

  Re: *Free Spirit Organics, NAC, et al. v. San Joaquin County, et al.*
    USDC Case No. 2:17-CV02271-KJM-EFB

Dear Mr. Salama:

  The following confirms the agreements we reached during the February 9, 2018 Rule 26(f) conference attended telephonically by myself and Mr. Aref from my office for Defendants, and you and Ms. Baldwin-Kennedy for Plaintiffs.

  We agreed that initial disclosures would be served today, February 16, 2018. We also agreed to modify the limitations on depositions and special interrogatories as follows: each side would be permitted up to thirty (30) depositions and each party allotted up to fifty (50) special interrogatories. We also discussed deposition dates for Tim Pelican and Captain Alejandre. I am working with Ms. Baldwin-Kennedy to coordinate March 8, 12-13, 15-16 as a possible date with the depositions to occur in Stockton on the same day.

  If this does not comport with your understanding, please contact me immediately.

            Sincerely,

            Ronald J. Scholar, Partner
            COTA COLE & HUBER LLP

RJS/kgm
Cc: Ronda Baldwin-Kennedy

{RJS/00056925. }

| 2261 Lava Ridge Court | 3401 Centrelake Drive, Suite 670 | 200 Sky Park Drive |
| Roseville, CA 95661 | Ontario, CA 91761 | Monterey, CA 93940 |
| Tel 916-780-9009 | Tel 909-230-4209 | Tel 831-275-1870 |
| Fax 916-780-9050 | Fax 909-937-2034 | Fax 916-780-9050 |