DEREK P. COLE, Bar No. 204250
dcole@colehuber.com
RONALD J. SCHOLAR, Bar No. 187948
rscholar@colehuber.com
COLE HUBER LLP
2281 Lava Ridge Court, Suite 300
Roseville, California 95661
Telephone:   (916) 780-9009
Facsimile:   (916) 780-9050

Attorneys for Defendants
SAN JOAQUIN COUNTY BOARD OF
SUPERVISORS; SAN JOAQUIN COUNTY
SHERIFF ("County")

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FREE SPIRIT ORGANICS, NAC, et al., | Case No. 2:17-CV-02271-KJM-JDP |
| Plaintiffs, | **SUPPLEMENTAL PROOF OF SERVICE** |
| v. | The Hon. Kimberly J. Mueller |
| SAN JOAQUIN COUNTY BOARD OF SUPERVISORS, et al., | Trial Date:     None<br>Action Filed:  10/27/2017 |
| Defendants. | |

00087102.1

SUPPLEMENTAL PROOF OF SERVICE

**SUPPLEMENTAL PROOF OF SERVICE**

**Free Spirit Organics, NAC, et al. v. San Joaquin County Board of Supervisors, et al.
U.S. District Court Case No. 2:17-CV-02271-KJM-JDP**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Placer, State of California. My business address is 2281 Lava Ridge Court, Suite 300, Roseville, CA 95661.

On June 27, 2022, I served true copies of the following document(s) described as

**EX PARTE APPLICATION TO QUASH SUBPOENA AND REQUEST FOR SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**DECLARATION OF RONALD J. SCHOLAR IN SUPPORT OF EX PARTE APPLICATION TO QUASH SUBPOENA AND REQUEST FOR SANCTIONS**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF EX PARTE APPLICATION TO QUASH SUBPOENA AND REQUEST FOR SANCTIONS**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused a copy of the document(s) to be sent from e-mail address ***kmorris@colehuber.com*** to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

**BY FEDEX:** I enclosed said document(s) in an envelope or package provided by FedEx and addressed to the persons at the addresses listed in the Service List. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of FedEx or delivered such document(s) to a courier or driver authorized by FedEx to receive documents.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 27, 2022, at Roseville, California.

                                                 ***/s/ Kirsten Morris***
                                                 Kirsten Morris

1 | **SERVICE LIST**

2 | **Free Spirit Organics, NAC, et al. v. San Joaquin County Board of Supervisors, et al.
U.S. District Court Case No. 2:17-CV-02271-KJM-JDP**

3

4 | Roger James Agajanian                    Non-Party in Pro Se
2683 Via De La Valle Suite G-314
Del Mar, California  92014

5 | Tel:  (949) 842-3004
Email: rogeragajanian@gmail.com

6

7

8

...

28

00087102.1

3

SUPPLEMENTAL PROOF OF SERVICE

COLE HUBER LLP
2281 LAVA RIDGE COURT, SUITE 300
ROSEVILLE, CALIFORNIA 95661