## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

                                           **JUDGMENT IN A CIVIL CASE**

**CANNABIS SCIENCE, INC., ET AL.,**

                                        CASE NO: **2:17–CV–02271–KJM–JDP**

      v.

**SAN JOAQUIN COUNTY SHERIFF, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

    **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 6/27/2022**

                                                        **Keith Holland**
                                                        Clerk of Court

ENTERED:  **June 30, 2022**

                                          by: /s/ C. Perdue
                                                    Deputy Clerk